MOOMAUGH *v.* EVERETT & COMPANY, and *vice versa.*

| 88 | 67 |
|----|-----|
| 95 | 453 |
| 88 | 67 |
| 115 | 743 |

1. Where the suit is in the short form of complaint for two hundred
   and ten bags of flour of the value of four hundred and fifty dollars,
   with no further allegation of damages except that the defendant
   refuses to deliver the property or pay the profits thereof, there
   can be no recovery for more than four hundred and fifty dollars
   with interest thereon, there being no amendment of the declara-
   tion or offer to amend.    *Georgia R. R. & Banking Co.* v. *Crawley,*
   87 *Ga.* 191, 13 S. E. Rep. 508.
2. Where the defendant in the court below moves for a new trial,
   which is granted unless the plaintiff will write off a portion of his
   recovery, and thereupon the plaintiff, declining to write off, brings
   a writ of error upon the judgment granting a new trial, the de-
   fendant cannot by cross-bill of exceptions assign error, not as com-
   mitted by the court in any of its rulings on the motion for a new
   trial, but as committed on the trial itself and complained of in the
   motion.                          *Judgment affirmed, with direction.*
   November 10, 1891.              *Cross-bill of exceptions dismissed.*

Conversion.    Verdict.    New trial.    Practice.    Be-
fore Judge VAN EPPS.    City court of Atlanta.    June
term, 1891.

Action by Moomaugh under code, §3390, commenced
December 14, 1889, to recover 210 bags of flour alleged

to be of the value of $450. He obtained a verdict for $600 on June 12, 1891. The defendants moved for a new trial, which was granted unless the plaintiff would write off the excess of $450 as principal, with seven per cent. interest thereon from the date of filing the declaration to that of the verdict. To this ruling the plaintiff excepted. By cross-bill of exceptions the defendants alleged that the court erred in certain charges and refusals to charge set out in a motion for a new trial.

SIMMONS & CORRIGAN, for plaintiff.
COX & REED, for defendant.